# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHERRY SMITH**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-924-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                        **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Sherry Smith and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97–103 (1991).

DATED this 7th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE